05-1272T

**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
LINDA ROSENBERG

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Sheldon H. Sloan

Firm Name: Lewis Brisbois Bisgaard & Smith LLP

Post Office Box: 550 W. "C" Street, Suite 800

Street Address: San Diego, CA 92101

City-State-Zip:

Telephone & Facsimile Numbers: Tel: (619) 233-1006; Fax: (619) 233-8627

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 2 0 6
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R N
See attached sheet for three-digit codes.

Amount Claimed: $ Approx. 20 billion dollars
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.