# In the United States Court of Federal Claims

No. 05-1272T

Filed February 27, 2006

************************************
*
LINDA ROSENBERG, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
************************************

**ORDER**

The court directs the Clerk of the Court to return Defendant's February 21, 2006 Motion for Leave to File Out of Time and Defendant's Motion for Enlargement of Time. Defendant shall file both documents and all future filings electronically pursuant to the Clerk of the Court's December 9, 2005 Notice of Designation.

**/s Susan G. Braden**
SUSAN G. BRADEN
Judge