IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR LEAVE TO FILE OUT OF TIME

Defendant, the United States, moves this Court for leave to file the attached motion for enlargement 6 days out of time. Defendant's counsel has contacted plaintiffs' counsel who has indicated that the plaintiffs do not object to this motion. In late January, 2006, counsel for the parties discussed the necessity of the defendant filing a motion for a 10-day enlargement because of the defendant's decision to file a motion to dismiss the complaint, rather than an answer. Plaintiffs' counsel indicated he had no objection to such an enlargement. Defendant's counsel prepared a motion for enlargement but inadvertently neglected to file the unopposed motion prior to February 7, 2006, the due date for the defendant to respond to the complaint. However, defendant's counsel, assuming that the motion had been filed, erroneously recorded the due date for its response as being February 17, 2006. Defendant's counsel recently discovered his error

and the defendant now requests leave to file its unopposed motion for enlargement. Defendant's counsel apologizes to the Court for any inconvenience his oversight might have caused.

WHEREFORE, the defendant requests that the Court allow the defendant leave to file the attached motion for enlargement 6 days out of time.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson

Of Counsel

March 1, 2006
(Originally submitted non-electronically on February 13, 2006, and is resubmitted pursuant to the Court's Order of February 27, 2006.)