IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves this Court for a 10 day enlargement, from February 7, 2006, to and including, February 17, 2006, of the deadline for the defendant to file its response to the complaint in the above-captioned case. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted plaintiffs' counsel, who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, after reviewing the complaint and receiving the views of the Internal Revenue Service, the defendant has determined that this Court lacks jurisdiction over the claims set forth in the complaint in the above-captioned case. Therefore, the defendant has decided to file a motion to dismiss the complaint pursuant to RCFC 12(b)(1) rather than file an answer. The defendant requires a brief enlargement to complete its motion to dismiss.

WHEREFORE, the defendant requests that the Court enlarge the deadline for the defendant to file its response to the complaint in the above-captioned case on or before February 17, 2006.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson

Of Counsel

March 1, 2006
(Originally submitted non-electronically on February 13, 2006 and submitted electronically pursuant to the Court's February 27, 2006, Order.)