# In the United States Court of Federal Claims

No. 05-1272T

Filed March 14, 2006

| | |
|---|---|
| ****************************** | |
| | * |
| LINDA ROSENBERG, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant, | * |
| | * |
| ****************************** | |

**ORDER**

Defendant's March 1, 2006 Motion for Leave to File Out of Time and March 1, 2006 Motion for Enlargement of Time are, hereby, **GRANTED**.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
SUSAN G. BRADEN
Judge