# In the United States Court of Federal Claims

No. 05-1272T

Filed March 14, 2006

***********************************
*
LINDA ROSENBERG, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
***********************************

**ORDER**

Plaintiff's counsel is, hereby, ordered to comply with Clerk of the Court's December 9, 2005 Notice of Designation of Electronic Case by establishing an ECF account. The Clerk of the Court shall mail a hard copy of this order to Plaintiff's counsel.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
SUSAN G. BRADEN
Judge