IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves this Court for a 14 day enlargement, from April 7, 2006, to and including April 21, 2006, of the deadline for the defendant to file its reply to the plaintiffs' opposition to the defendant's motion to dismiss. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted plaintiffs' counsel, who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, the plaintiffs' opposition, filed on March 21, 2006, consisting of 30 pages, raised several complex legal issues which will require an extensive response on the part of the defendant. However, defendant's counsel will be unable to complete such an extensive response by the current deadline for the following reasons. Defendant's counsel is currently working full time on a response brief in another purported class action in this Court,

Eugene Fisher, Trustee, Seymour P, Nagan Trust v. United States, Fed.Cl. No. 04-1726, pending before Judge George Miller. That response is due on April 4, 2006. However, upon completion of that brief, defendant's counsel's access to his office is going to be limited due to the renovation of his office in the later part of the week of April 4, 2006. Defendant's counsel will have to box up all the contents of his office, including the files related to the above-captioned case, as part of the renovation. The renovation is scheduled to be completed on April 9, 2006, so beginning the week of April 10, 2006, defendant's counsel will have to move the boxes back into his office and unpack the files related to the above-captioned case. Further complicating matters is the fact that defendant's counsel will be out of the office April 12-14, 2006. The enlargement sought by this motion will allow the defendant to fully respond to the extensive arguments advanced by the plaintiffs in light of the events noted above.

WHEREFORE, the defendant requests that the Court enlarge the deadline for the defendant to file its reply to the plaintiffs' opposition to the defendant's Motion to Dismiss to April 21, 2006.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson
Of Counsel

March 30, 2006