# In the United States Court of Federal Claims

No. 05-1272T
Filed April 3, 2006

\***************************************
\*
LINDA ROSENBERG,                        \*
                                        \*
    Plaintiffs,                        \*
                                        \*
v.                                      \*
                                        \*
THE UNITED STATES,                      \*
                                        \*
    Defendant,                         \*
                                        \*
\***************************************

**ORDER**

Defendant's March 30, 2006 Motion for Extension of Time is, hereby, **GRANTED**. Accordingly, Defendant's Reply in Support of Motion to Dismiss is now due on or before **April 21, 2006.**

**IT IS SO ORDERED.**

                                                     **/s Susan G. Braden**
                                                   SUSAN G. BRADEN
                                                   Judge