# In the United States Court of Federal Claims

No. 05-1272T
Filed April 3, 2006

*********************************** *
LINDA ROSENBERG, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
***********************************

**ORDER**

Defendant's March 30, 2006 Motion for Extension of Time is, hereby, **GRANTED**. Accordingly, Defendant's Reply in Support of Motion to Dismiss is now due on or before **April 21, 2006.**

**IT IS SO ORDERED.**

**/s Susan G. Braden**
SUSAN G. BRADEN
Judge