# In the United States Court of Federal Claims

No. 05-1272T
Filed April 10, 2006

```
***********************************
                                  *
LINDA ROSENBERG,                  *
                                  *
          Plaintiffs,             *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
          Defendant,              *
                                  *
***********************************
```

**ORDER**

The Clerk of Court is directed to return unread and unfiled Plaintiff's April 6, 2006 Motion to Take Notice of Certain Facts Regarding Excise Tax Refund Litigation and the Internal Revenue Service's Settlements of Refund Claims. Plaintiff shall comply with the Clerk of the Court's December 9, 2005 Notice of Designation by filing all documents electronically.

**IT IS SO ORDERED.**

**<u>/s Susan G. Braden</u>**
SUSAN G. BRADEN
Judge