# In the United States Court of Federal Claims

No. 05-1272T

Filed April 10, 2006

***********************************
*
LINDA ROSENBERG, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
***********************************

**ORDER**

The Clerk of the Court is directed to strike the court's previous order of April 10, 2006 that erroneously directed the return of the April 6, 2006 Motion to Take Notice of Certain Facts Regarding Excise Tax Refund Litigation and the Internal Revenue Service's Settlements of Refund Claims to the Plaintiff. The Clerk of the Court is, hereby, directed to return unfiled said motion to Levine, Blaszak, Block and Boothby, LLP.

**IT IS SO ORDERED.**

**/s Susan G. Braden**
SUSAN G. BRADEN
Judge