# United States Court of Federal Claims

| | | |
|---|---|---|
| LINDA ROSENBERG, ET AL. | ) | CASE NO.: 05-1272-T |
| vs. | ) | JUDGE SUSAN G. BRADEN |
| UNITED STATES OF AMERICA | ) | |

## PLAINTIFF'S MOTION FOR CHANGE OF DESIGNATION OF COUNSEL

Pursuant to Rule 83.1(c)(4), Plaintiff moves to change her attorney to

R. Gaylord Smith (CA Bar #72726)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101
Phone: (619) 233-1006
Fax: (619) 233-8627
E-mail: smith@lbbslaw.com

Respectfully submitted,

NEW COUNSEL OF RECORD

R. Gaylord Smith (CA Bar #72726)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101
Phone: (619) 233-1006
Fax: (619) 233-8627
E-mail: smith@lbbslaw.com

March 20, 2006

I consent to this designation.

FORMER COUNSEL OF RECORD:

Sheldon H. Sloan (CA Bar #32334)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101
Phone: (619) 233-1006
Fax: (619) 233-8627
E-mail: sloan@lbbslaw.com

Richard F. Scruggs (MS Bar # 6582)
Sidney A. Backstrom (MS Bar # 99890)
Scruggs Law Firm, P.A.
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655
Tel: (662) 281 1212
Fax: (662) 281 1312
Email: dickscruggs@scruggsfirm.com
Email: sbackstrom@scruggsfirm.com

R. Gaylord Smith (CA Bar #72726)
Ernest Slome (CA Bar #122419)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101
Phone: (619) 233-1006
Fax: (619) 233-8627
E-mail: smith@lbbslaw.com

Mark Griffin (OH Bar #0064141)
Law Offices of Mark Griffin
175 Honeybelle Oval
Orange, Ohio 44022
Phone : (216) 346-7376
Fax : (216) 861-6679
E-mail : telecomlaw@hotmail.com

Randy J. Hart (OH Bar #0046793)
200 Public Square
Suite 3300
Cleveland, Ohio 44113
Phone: (216) 978-9150
Fax: (216) 241-2824
E-mail: csuosu@msn.com

R. Eric Kennedy, Esq. (OH Bar #0006174)
Daniel P. Goetz, Esq. (OH Bar #0065549)
Weisman, Kennedy & Berris Co., L.P.A
1600 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Tel: (216) 781-1111
Fax: (216) 781-6747
Email: ekennedy@weismanlaw.com
Email: dgoetz@weismanlaw.com

***Attorneys for Plaintiff***