**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LINDA ROSENBERG, | ) | CASE NO.: 05-1272-T |
| | ) | JUDGE SUSAN BRADEN |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

---

**DECLARATION OF R. GAYLORD SMITH**

---

I, R. Gaylord Smith, do hereby declare under penalty of perjury as follows:

1. That I am above the age of 18 years and that I have personal knowledge of all matters set forth herein.

2. That I am an attorney at law duly licensed to practice before all the state courts in the State of California and all federal courts in the State of California and am duly licensed to practice before the United States Court of Federal Claims.

3. I am the attorney of record for the Plaintiff in this action, pursuant to the notice of designation of counsel of record filed earlier this day. I am one of the team of attorneys representing the Plaintiff. This team of attorneys consists of experienced litigators from several areas of the law who bring together skill sets and experience for the benefit of the Plaintiff and the putative class. The team includes class action specialists from the Scruggs Law Firm, P.A., and Weisman, Kennedy & Berris Col, LPA. Mark Griffin and Randy J. Hart are telecommuni-cations lawyers specializing in that area for many years. My firm, Lewis Brisbois Bisgaard & Smith, is an American Lawyer top 100 firm with 490 attorneys providing a panoply of legal services including complex litigation, tax, and class actions.

4. Attached hereto as Exhibit "A" are the biographies of the lawyers who make up the Scruggs Law Firm, P.A., one of the firms representing Plaintiff herein.

5. Attached hereto as Exhibit "B" is the firm brochure of Weisman, Kennedy & Berris Co., LPA, one of the firms representing plaintiffs herein.

6. Attached hereto as Exhibit "C" is the firm brochure of Randy J. Hart, Esq., one of the firms representing plaintiffs herein.Attached

7. Attached hereto as Exhibit "D" is the firm brochure of Law Office of Mark Griffin,

one of the firms representing plaintiffs herein.

8. Attached hereto as Exhibit "E" is a brochure for Lewis Brisbois Bisgaard & Smith, one of the firms representing plaintiffs herein, together with biographies of R. Gaylord Smith, Sheldon Sloan, Ernest Slome, and Thomas Teschner, the attorneys within the firm responsible for the representation of the plaintiffs in this action.

9. I declare under penalty of perjury that foregoing is true and correct.

Executed the 10th day of April, 2006, at San Diego, California.

s/ R. Gaylord Smith
R. Gaylord Smith

# BEHIND THE SUCCESS

## OF SCRUGGS LAW FIRM

IS A GROUP OF BRILLIANT AND DEDICATED LAWYERS WHOSE EXPERIENCE AT THE STATE, NATIONAL AND INTERNATIONAL LEVEL IS INVALUABLE TO OUR CLIENTS.



**RICHARD F. SCRUGGS** { SENIOR MEMBER }
*Civil litigation, personal injury, mass tort litigation, trial litigation*

One of our nation's foremost class-action attorneys, Richard Scruggs received international acclaim for his landmark suit against the tobacco industry. The suit culminated in the industry's payment of $246 billion to help states defray Medicaid costs for smoking-related illnesses. Scruggs has been lead counsel in numerous other class actions and cases of national significance as well, including the national class actions against Lehman Brothers and The Money Store for aiding and abetting predatory lending; the $1.1 billion settlement in the Sulzer Orthopedics, Inc. Hip Prosthesis and Knee Prosthesis Liability Litigation; and seven suits against America's health maintenance organizations, charging them with interfering with patient treatment. Scruggs was born in Brookhaven, Mississippi, on May 17, 1946, received his bachelor's degree from The University of Mississippi in 1969 and his juris doctor degree from the University in 1977. Longtime supporters of both academic and athletic programs at his alma mater, Scruggs and his wife, Diane, were recognized for their $25 million endowment designated for the school's liberal arts program. Other Scruggs gifts include a scholarship endowment established for children of employees of the Ingalls Shipbuilding Division of Litton Industries and an endowment to The University of Mississippi School of Education. He serves on the University's Board of Directors.

Scruggs is admitted to practice in all courts in Mississippi; U.S. District Court, Southern and Northern Districts of Mississippi; U.S. District Court, Southern District of New York; U.S. District Court, Southern District of Alaska; and the U.S. Court of Appeals, Fifth Circuit. He is a Fellow in the International Academy of Trial Lawyers and the Russell-Blass-Walker Chapter of the American Inns of Court. A former Navy carrier pilot, Scruggs has been featured in the Wall Street Journal (March 15, 1996), The Washington Post (March 30, 1998), Time Magazine (July 17, 2000), Newsweek (December 6, 1999), Fortune (March 16, 1998 and July 3, 2000), The Weekly Standard (August 11, 1997), Business Week (June 16, 1997), Forbes (March 8, 1999), George (June, 1999), and the cover story of the American Lawyer (April, 1996) for his role in the State of Mississippi's pioneering litigation to recover public health care expenditures from the tobacco industry and the more recent legal assault on managed care abuses on behalf of millions of patients who receive their health care through managed care organizations. Scruggs has been interviewed on NBC Dateline, 60 Minutes, and has made numerous appearances on ABC, CBS, NBC and CNN Nightly News. Most recently Scruggs was featured with Dan Rather on 60 Minutes II, and in a PBS Frontline Documentary.



Exhibit A



**SIDNEY A. BACKSTROM** { MEMBER }
*Civil litigation, mass tort/class action litigation*

Sidney Backstrom is admitted to practice in all state courts in Mississippi and Louisiana. He also practices in federal courts in Eastern, Middle and Western Districts of Louisiana; Southern and Northern Districts of Mississippi; and the Fifth Circuit Court of Appeals. Backstrom graduated from Louisiana State University in 1991 and received his law degree there in 1995. He is a member of the American Inns of Court (Russell-Blass-Walker Chapter), Phi Delta Phi, and serves on the membership committee of the Mississippi Trial Lawyers Association. He served on the Board of Governors for the Mississippi Trial Lawyers Association from 1999-2001 and was Chairperson of their Premises Liability Section from 2001-2003. He has also been both Treasurer and Secretary for the Young Lawyers Division of the Jackson County Bar Association. Backstrom is AV rated by Martindale-Hubbell®, their highest rating. Since joining the Scruggs Firm he has handled cases resulting in verdicts or settlements in excess of $55 million, including the Baycol drug case.



**ZACH SCRUGGS** { MEMBER }
*Civil litigation, criminal law, mass tort/class action litigation*

Zach Scruggs is admitted to practice in both state and federal courts in Mississippi, including U.S. District Court for both the Northern and Southern Districts of Mississippi; the Mississippi Supreme Court; the Mississippi Court of Appeals; and the U.S. Court of Appeals, Fifth Circuit. He also has various Pro Hac Vice admissions around the country, including U.S. District Court for the Central District of California; U.S. District Court for the Western District of Louisiana; and U.S. District Court for the Southern District of Florida.

Scruggs received his Bachelor of Accountancy in 1996 from the University of Mississippi, where he was president of Sigma Nu fraternity, vice president of Mortar Board, and ASB assistant attorney general. He received his juris doctor degree from the University in 2000 after serving on the Mississippi Law Journal and as student chapter president of MTLA. Scruggs is currently a member of the American Bar Association, the Mississippi Bar, the Lafayette County Bar Association, and serves on the Board of Directors for the University of Mississippi Alumni Association, Law Alumni Chapter.

***<u>WEISMAN, KENNEDY & BERRIS CO., L.P.A.</u>***

Weisman, Kennedy & Berris Co., L.P.A. has been almost exclusively devoted to protecting the rights of individuals for nearly 40 years. The firm specializes in litigation dealing with medical malpractice, product liability, security fraud and automobile liability. In the past decade, the firm has also directed considerable resources to class action litigation.

Founded in 1963 by Fred Weisman, the firm is comprised of 9 lawyers and a staff of 16. The firm was one of the early pioneers in medical malpractice litigation. This naturally led into the area of defective medical devices, which continues as a main part of its practice.

The firm's high level of expertise and record of successful client representation has resulted in three of its lawyers being recognized in <u>The Best Lawyers in America</u>, a nationally recognized publication.

During its existence, Weisman, Kennedy & Berris has represented over 25,000 individuals before Federal and State courts throughout the United States. In addition to its local representation of individual clients, the 1990s have seen the emergence of the firm as a leader in the national mass tort arena; taking leadership roles in the *Breast Implant Litigation, MDL-926* where the firm was a member of the Settlement Advisory Committee, as well as the State Liaison Counsel for Ohio, and First Chair in the depositions of employees from Dow Corning, Koken and Porex. Twelve thousand (12,000) hours of lawyer, paralegal and nursing time contributed to discovery efforts.

Weisman, Kennedy & Berris acted as Class Co-Counsel and Liaison Counsel in

the *In re Inter-op Hip Prosthesis Product Liability Litigation, MDL-1401* overseeing the Interests and rights of approximately 30,000 class members in the $1 Billion Settlement and is subclass counsel in the $4.5 Billion Settlement in the *In re Diet Drug (Phentermine/Fenfluramine/ Dexfenfluramine) Products Liability Litigation, MDL-1203*.

Weisman, Kennedy & Berris has acted as Counsel, Co-Lead Counsel, Class Counsel or Co-Counsel for plaintiffs' in approximately 100 class actions or mass torts, including: *In re: Air Disaster at New York LaGuardia Airport on March 22, 1992, MDL-936* (Liaison Counsel, responsible for all discovery and briefing of jurisdictional motions concerning foreign defendants, and provided jury instructions, evidentiary briefs and coordination of consolidated trial); *In re L-Tryptophan Litigation, MDL-865* (prosecuted 49 cases to completion); *James Wojtkiewicz v. Blue Cross and Blue Shield Mutual of Ohio*; *Marlene Misch v. Community Mutual Insurance Company, C-1-94-428*; *Harold S. Bechert, et al. v. Telectronics Pacing Systems, Inc., CEI-95-094; Goldy v. Auto Owners Insurance Company, et al. CV 03 518258* (Insurance class action)*; In Re: Gliatech Inc. Securities Litigation 1:00 CV 2236; Sherma v. Cole National Corp. et al. 1:02CV 2397* (Securities class action); and *In Re: First Energy Securities Litig., 5:03 CV 1684.*

In the *Wojtkiewicz v. Blue Cross and Blue Shield* case, Judge Michael J. Corrigan, noted:

> … plaintiff is represented by attorneys experienced in the prosecution of class action litigation who have demonstrated their ability to do so….

In the *Community Mutual Insurance Company* co-payment litigation, Judges Beckwith and O'Conner, in discussing the work of plaintiffs' counsel:

Exhibit B

The high caliber of Class Counsel is well reflected in the affidavits submitted by each individual attorney involved in the prosecution of this litigation. Each attorney has established a national reputation for management of complex class actions. Each attorney enjoys the respect of the bench and bar for his or her ability to efficiently pursue class claims and secure substantial benefits for the class.

* * *

These cases often present difficult and complex factual scenarios, as well as legal issues of first impression. They cannot be lightly undertaken by inexperienced counsel nor by law firms unprepared to significant expenses of litigation over long periods of time. Both Class Counsel and their law firms are to be commended for their dedication to this case and the others that they have championed.

In *In re Telectronics Pacing Systems, Inc*. products liability litigation, Weisman, Kennedy & Berris was one of the law firms appointed by the Federal District Court to provide a leadership role on behalf of thousands of consumers who had received faulty pacemakers. The pacemakers had a poorly designed lead wire that, if left implanted in the atrium of the heart, could fracture and lead to severe injury or even death. Attorneys for Weisman, Kennedy & Berris took the lead role in a Summary Jury Trial before a jury in Federal Court in Cincinnati, Ohio. This Summary Jury Trial was used by Senior District Judge Spiegel in an attempt to resolve the case without what would have inevitably been a very lengthy trial.

The summary jury found in favor of the plaintiffs and awarded Two Hundred Sixty-eight million dollars ($268,000,000.00) in damages.

In his order written at the conclusion of the Summary Jury Trial:

> …. In litigating this case, Class and Plaintiffs' Counsel expended significant resources of both time and monies. Counsel employed expert witnesses and conduct extensive

> discovery . . . We believe that, without such a class action, small individual claimants would lack the resources to litigate a case of this magnitude. Attorneys who take on class action matters serve a benefit to society and the judicial process by enabling such small claimants to pool their claims and resources.
>
> * * *
>
> …. We find that the professional skill and standing of all Counsel involved on behalf of the class was highly commendable, professional and was prosecuted with a great deal of skill.
>
> This case represents hard-fought litigation, and, in the beginning, a settlement of this magnitude appeared almost inconceivable. Class Counsel . . . demonstrated their professionalism and skill . . . aware of the strengths and weaknesses of their case….
>
> Recognizing the extensive amount of time, services and skill . . . Plaintiffs' Counsel . . . expended in this case, the Court concludes that the reputations of all of the Counsel in this action are well earned and deserved.

Outside its legal efforts, members of the firm have been extensively involved in assisting the Greater Cleveland community by actively participating as leaders in various civic, non-profit and religious organizations. Such involvement is consistent with the commitment of Weisman, Kennedy & Berris to the principles of justice and the protection of individual rights.

Exhibit B

Hahn Loeser + Parks LLP

# RANDY J. HART

200 Public Square Suite 3300 Cleveland, OH 44114-2301
*phone:* 216.274.2410 *fax:* 216.274.2511 *e-mail:* rjhart@hahnlaw.com

## AREAS OF EMPHASIS

*Litigation*
*Public Utility and Regulatory Law*

## LEGAL AND BUSINESS EXPERIENCE

*Litigation*

General litigation experience including prosecuting misappropriation of trade secrets case, prosecution and defense of corporate fraud actions, truth-in-lending litigation, mass tort products liability defense and general corporate litigation. First chair jury trial experience in defense of products liability matter.

*Public Utility and Regulatory Law*

Extensive experience before the Public Utilities Commission of Ohio, and the Federal Communications Commission. Lead trial counsel for plaintiff company in 10-year successful litigation before PUCO against major cellular telephone companies in Ohio. Represented large Columbus investor-owned electric company in connection with various state regulatory matters. General experience in public utility law including representation of clients in Ohio and nationally in various cellular and wireless telecommunications matters, as well as extensive experience in regulation of coin-operated telephone companies and interexchange carriers. Represented City of Cleveland in connection with power siting issue.

## PROFESSIONAL

Admitted to Ohio bar and Federal bar, 1990.

Of Counsel to Hahn Loeser + Parks LLP, 2005 to present.

Partner, Hahn Loeser & Parks LLP, 1999-2004. Associate with the firm from 1990-98. Summer Associate, 1989.

Member American, Ohio and Cleveland Bar Associations.

Pomerantz and Cichocki Co., L.P.A., Summer Law Clerk, 1988.

Fabri-Centers of America, Inc., Beachwood, Ohio, Budget Accountant, 1986-87.

## EDUCATION

Cleveland-Marshall College of Law, J.D., *magna cum laude*, 1990:

> Editor, Cleveland State Law Review; Author, Note, "Administrative Res Judicata in Ohio - A Suggestion for the Future," 37 Cleve. St. L. Rev. 595 (1989); American Jurisprudence Award, Federal Jurisdiction 1990.

Ohio State University, B.S. (Business Administration), 1986.

Exhibit C

# RANDY J. HART

Hahn Loeser + Parks LLP

## COMMUNITY INVOLVEMENT

Member, Jewish Community Center, Young Business Professionals Section.

## PERSONAL

Born in Cleveland, Ohio on December 18, 1963. Resides in Solon. Married, two children.

**MARK GRIFFIN**
175 Honeybelle Oval
Orange Village, Ohio 44022
(216) 292-5876

## EDUCATION

**CASE WESTERN RESERVE UNIVERSITY** **Cleveland, Ohio**
School of Law J.D. May 1994
G.P.A.: 4.11/4.33 Class Rank: 1st/177 (if ranked with class of 1994)
Awards: Summa cum laude
Order of the Coif
Society of Benchers' Award for Character & Academics
Hergengroeder Award for Best Male Student in Trial Advocacy
Halter Scholarship for Academic Excellence

Activities: Law Review, Notes Editor
Elected Vice-President of Student Bar Association
American Bar Association Law School Chapter Liaison

**HARVARD UNIVERSITY** **Cambridge, Massachusetts**
John F. Kennedy School of Government 1989-1991
Master of Public Policy
Concentration in Housing Policy and Urban Economic Development
Activities: Teaching Assistant for Negotiation Analysis
Elected Graduation Class Marshal
Elected Co-Chair of Kennedy School Student Government
Member of Student Government Finance Committee

**UNIVERSITY OF PENNSYLVANIA** **Philadelphia, Pennsylvania**
Bachelor of Arts, Economics and Political Science 1983-1986
Wharton School classes included five semesters of accounting and finance.
Activities: Silver Medal, 1986 National Fencing Championships
All-Ivy Fencing Team, 1985 & 1986
U.S. Team, World Junior Fencing Championships Budapest, Hungary 1983
Varsity Fencing Team 1983-1986

**AMERICAN COLLEGE IN PARIS** **Paris, France**
Freshman Year 1981-1982
Developed fluency in French. Studies included Economics, Political Science and Art History.

Exhibit D

## LEGAL EXPERIENCE

**ATTORNEY** **Cleveland, Ohio**
The Griffin Law Firm LLC 2004 to present
Practice focuses primarily on telecommunications. Represents consumers and medium sized telecommunications firms in proceedings before the Public Utilities Commission of Ohio and in litigation in state and federal courts.

**ATTORNEY** **Cleveland, Ohio**
Hahn, Loeser & Parks LLP 1994-2004
Joined the Partnership in 2004
Began his career with Hahn Loeser in 1994. As an associate, built a broad corporate litigation practice with experience in cases involving commercial disputes, labor/employment law and corporate fraud. Also developed extensive knowledge of Ohio telecommunications law. Left the firm briefly from June 1997 to November 1998 to serve as statewide policy director for the Fisher for Governor Campaign. Represented numerous telecommunications enterprises in litigation in state and federal courts.

Signature case was brought on behalf of the plaintiff in *Westside Cellular, Inc. d/b/a Cellnet v. GTE et al*. ("The Cellnet Case"), the first case of a wireless reseller brought before the Public Utilities Commission of Ohio. Plaintiff Cellnet alleged specific anti-trust related claims against Defendants AirTouch Cellular n/k/a Verizon Wireless and Ameritech Wireless n/k/a Cingular.

The Cellnet Case was the culmination of ten years of litigation in a process that bifurcated the liability findings from the damages determination. The Cellnet Case was litigated before ten different adjudicatory bodies including the United States Supreme Court, the Sixth Circuit Court of Appeals, the Federal Communications Commission, the Public Utilities Commission of Ohio, the Ohio Supreme Court, two different United States District Courts, the Ohio Eighth District Court of Appeals and the Cuyahoga County Court of Common Pleas, and the Franklin County Court of Common Pleas. The Cellnet Case has precipitated five other related actions that are currently pending before the Public Utilities Commission of Ohio or the Cuyahoga County Court of Common Pleas.

Although the settlement reached in 2003 was purportedly confidential, Cingular's corporate partner, Convergys, issued a press release stating that Cingular had paid $22 million in settlement. Cellnet's settlement with the principal defendant, Verizon Wireless, remains confidential. Nonetheless, Verizon Wireless' counsel has represented that they succeeded in the Cellnet litigation by eliminating 75% of Cellnet's claims for $1.2 billion.

**SUMMER ASSOCIATE** **Cleveland, Ohio**
Squire, Sanders & Dempsey Summers 1992 & 1993
Researched and wrote legal memoranda for attorneys in four major departments of the firm. Prepared drafts of bond purchase agreements, escrow agreements and official statements for public bond issues. Research projects included review of United States Supreme Court decisions

on school prayer, personal liability of corporate directors and officers, implementation of RCRA on Indian tribal lands and the enforcement of oral settlement agreements.

## OTHER EXPERIENCE

**CONSULTANT** **Cleveland, Ohio**
The Cleveland Foundation Summers 1990 & 1991
Analyzed projects under consideration for grants. Prepared financial and market projections for an aquarium and science museum as part of an integrated waterfront development project. Advised the Foundation on appropriate strategies for addressing the needs of Cleveland's homeless population. Coordinated preparations for study commission on medical research and education.

**PEACE CORPS VOLUNTEER** **Cameroon, West Africa**
United States Peace Corps Volunteer 1987-1989
Selected as first Peace Corps Volunteer to work in the Kingdom of Rey Bouba. Organized and managed village-level development projects. Worked as an agricultural extension consultant training farmers in new technologies. Tripled the number of local women's agricultural cooperatives, started first area women's corn-grinding enterprise, completed construction of first primary school under local Community Development Office. Trained staff in Cameroonian Office of Community Development. Worked exclusively in French.

**RESEARCH ASSISTANT** **London, England**
House of Commons, British Parliament 1987
Researched pending legislation for Greg Knight, M.P. (Derby North)(Conservative Party), prepared drafts of speeches and responded to constituent inquiries.

## PERSONAL

Lives in Orange Village, Ohio with wife Cathy (CWRU Law '94) and their three children.

Exhibit D

**Lewis Brisbois Bisgaard & Smith, LLP**

Founded in 1979, Lewis Brisbois Bisgaard & Smith, LLP is a full service national law firm with offices located in Los Angeles, San Francisco, San Diego, Orange County, Sacramento, Inland Empire, New York, Las Vegas, Phoenix, Tucson and Chicago. Each office includes partners, associates, and a professional staff dedicated to achieving the objectives and goals of the firm's clients. The firm currently has 490 attorneys.

Lewis Brisbois Bisgaard & Smith, LLP has become one of the premier litigation and full service firms in the nation. The substantial resources available to a large national firm have provided tangible advantages to the firm in the representation of its clients. The firm's trial and appellate experience provides its attorneys with visibility and stature in the courtroom, arbitration, and in mediation. Members of the firm try over a hundred cases each year.

Lewis, Brisbois, Bisgaard & Smith, LLP has tremendous depth of experience in all facets of complex litigation, insurance law, professional liability defense, product liability, environmental law, healthcare law, elder abuse, employment practices, workers' compensation, business law, intellectual property, public entity defense, bankruptcy and related areas. The firm's attorneys are divided into various groups, which provides clients the benefit of representation by a large firm with vast resources, as well as the benefits of a close relationship with a small group of professionals dedicated to providing the best legal services.

R. Gaylord Smith, the senior partner in the firm's San Diego office recently recognized as one of San Diego's top ten attorneys. *San Diego Daily Transcript,* August 8, 2005. Smith has trial experience having handled numerous, high profile, professional liability, insurance bad faith and securities litigation. Smith graduated summa cum laude from Claremont McKenna College in 1973, received his Juris Doctor degree from Harvard Law School in 1976. Smith has been managing partner of the San Diego office of the Lewis, Brisbois, Bisgaard & Smith law firm for over 20 years. Smith has participated in over fifty appeals, has nineteen published decisions and has personally handled or directly supervised more than twenty-five securities and class action lawsuits, including litigation against the former directors and officers of numerous failed financial institutions. Some of his professional highlights include:

- 2005: Filed class action for environmental groups and Mexican business interests against the Department of Interior to halt the construction of a new All American Canal in Imperial Valley, California.

- 2002 - Present: national coordinating counsel for largest U.S. seller of ephedra dietary supplements, and appointed to defense coordinating committee in the MDL case in S.D.N.Y.

- 2002: Defended shareholder derivative action in three week trial seeking $24,000,000

**EXHIBIT E**

damages against managing partner of limited liability corporation; trial court ruled that general partner caused no damage.

- 2000: Won plaintiff's verdict of $911,000 on behalf of Lancer Insurance Company which claimed that its own reinsurer wrongfully interfered with its exclusive managing general agency agreement with a producer of non-standard auto policies. Other settlements increased total recovery to $2.4 million.

- 1999: Defense verdict in legal malpractice case brought against the former attorney of Ballard Smith, past president of the San Diego Padres baseball team. Ballard Smith claimed his attorney negligently failing to designate an expert witness on damages in a prior trial, which resulted in a $4.2 million verdict. Jury verdict for the defendant attorney after a three-week trial.

- 1998: Defense verdict in insurance bad faith insurance case against Homestead Insurance Company arising out of damage to two Beverly Hills mansions during the 1994 Northridge earthquake. The plaintiff was a Liechtenstein Corporation owned by the Sultan of Brunei.

- 1995: Defense verdict for Price/Costco, Inc., in a wrongful termination case. The four-week jury trial grew out of claims that the vendor was fraudulently induced to establish a photographic "road show" in various Price Club stores, only to be terminated without cause.

- 1993-1994: Defense judgment in three judge panel trial in a $145 million reinsurance claim brought by the Department of Insurance on behalf of Mission Insurance Company against 19 reinsurers. The three-judge panel sustained reinsurers' allegations of fraud and violation of the securities laws, and rendered judgment for the defendants. In a related claim against the directors and officers of Mission, obtained a $26,000,000 recovery from their errors & omissions insurer.

- 1990: Defended abuse-of-process suit brought by Stewart Title Company against attorneys who allegedly held a defective Sheriff's sale of a 26-unit condominium project in Pacific Beach. At the close of a multi-week trial obtained a directed verdict against Stewart Title.

- 1987: Defense verdict in a federal class action securities action brought against a group of developers, promoters, and attorneys arising out of the financing and construction of an industrial complex near San Diego. A defense jury verdict in favor of our clients was obtained. Published decisions in the series of securities fraud cases in this matter included *Koehler v. Pulvers*, 606 F.Supp.164 (S.D. Cal. 1985) and *Koehler v. Pulvers*, 614 F.Supp. 829 (S.D. Cal. 1985).

**EXHIBIT E**

- 1984: Represented the business manager of the comedy group "Cheech & Chong" in a jury trial involving the propriety of a lucrative negative pickup financing transaction with Paramount Studios for the 1978 motion picture "Up in Smoke". The case settled favorably after several weeks of trial. A published opinion generated in this case is *Playboy Enterprises v. Superior Court*, 154 Cal.App.3d 14, 201 Cal.Rptr. (1984).

- 1981: Lead trial counsel for Chester Davis, a director and general counsel of Summa Corporation, Howard Hughes' holding company, for alleged mismanagement of Mr. Hughes' business interests, and alleged mishandling of the Air West Securities litigation, a multi-district litigation proceeding. This case was tried in federal district court in Los Angeles and resulted in a judgment in favor of Hughes' former attorney. Published decisions in this case are *Davis v. The Eighth Judicial Dist. of Nevada*, 87 Nev. 332, 629 P.2d 1209 (1981); *Davis & Cox v. Summa Corp.*, 751 F.2d 1507 (9th Cir. 1985).

Sheldon Sloan graduated from the UCLA Anderson School of Management, with a Bachelor of Science degree in 1958. He received his Juris Doctor degree from the University of Southern California School of Law in 1961. Sloan has practiced as an attorney of United States Department of Justice (1962-1963) and has been admitted to the United States Court of Military Appeals, the United States Court of Claims, the United States Supreme Court and the State Bar of California. Sloan was appointed a trial judge for the State of California (1973-1976). He was president of the Los Angeles County Bar Association (1996-1997), a member of the Judicial Counsel for the State of California (1997-2001) and is of counsel to the Lewis, Brisbois, Bisgaard & Smith, LLP law firm. Sloan’s practice focuses on governmental affairs representation, as well as transactional and litigation matters involving real estate, land use, construction, and business law.

Ernest Slome was born on November 23, 1945, in South Africa. He graduated from the University of Witwatersrand in Johannesburg with a Bachelor of Arts degree in 1966 and L.L.B. in 1969. From 1970-1971, Slome worked as an Assistant District Attorney for the Department of Justice in Johannesburg and from 1971-1986, as an attorney. Slome joined Lewis, Brisbois, Bisgaard & Smith in 1986 and became a partner in 1988.

Slome’s practice focuses on insurance coverage, insurance litigation, professional liability defense, employment law and commercial litigation. Slome has handled numerous class action lawsuits and has several published decisions.

Thomas Teschner graduated *cum laude* from Gonzaga University in 1997 and a law degree from the University of San Diego in 2001. He obtained an MBA from the University of San Diego in 1999, a Masters in Accountancy in 2003 from San Diego State University, and a Masters of Laws in Taxation from the University of San Diego School of Law. He is admitted to the California State Bar and to the U.S. Tax Court. Taxation and Estate Planning is one of his principal areas of expertise.

**EXHIBIT E**