IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiffs

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves this Court for a 6 day enlargement, from April 21, 2006, to and including April 27, 2006, of the deadline for the defendant to file its reply to the plaintiffs' opposition to the defendant's motion to dismiss. One prior enlargement of this deadline totaling 14 days has been granted. Defendant's counsel has contacted plaintiffs' counsel, who has stated that the plaintiffs have no objection to the enlargement sought by this motion.

As good cause therefor, defendant's counsel underestimated the time required for him to complete the other briefs referenced in the defendant's first motion and the time required for completion of the renovation of his office. As a result, defendant requires a brief enlargement to allow completion of the reply brief in the above-captioned case.

WHEREFORE, the defendant requests that the Court enlarge the deadline for the defendant to file its reply to the plaintiffs' opposition to the defendant's Motion to Dismiss to April 27, 2006.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson

Of Counsel

April 17, 2006