# In the United States Court of Federal Claims

No. 05-1272T
Filed April 21, 2006

***********************************
*
LINDA ROSENBERG, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant, *
*
***********************************

**ORDER**

Defendant's April 17, 2006 Unopposed Motion for Enlargement of Time is **GRANTED**. Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss is now due **April 27, 2006.**

**IT IS SO ORDERED.**

/s Lawrence M. Baskir
**LAWRENCE M. BASKIR**
**Judge**
for
**SUSAN G. BRADEN**
**Judge**