IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiff

v.

UNITED STATES,

Defendant

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States, moves this Court for an enlargement of the deadline for the defendant to respond to the plaintiff's motion to certify this matter as a class action, from April 27, 2006, until 15 days after this Court issues its decision on the defendant's pending to motion to dismiss. No prior enlargement of this deadline has been requested. Defendant's counsel has contacted plaintiff's counsel who has indicated that the plaintiff opposes this motion.

As good cause therefor, the defendant has filed a motion to dismiss the complaint in the above-captioned case. That motion is now fully briefed and is awaiting decision by the Court. In the event the Court grants the defendant's motion, the motion for certification would become moot. The basis for the defendant's motion to dismiss is that this Court has no jurisdiction to consider the claims set forth in the complaint. The primary jurisdictional defect is the failure of

the plaintiff to file a claim for refund with the IRS before filing this suit, in contravention of 26 U.S.C. § 7422(a). The resolution of that issue is also central to the resolution of the plaintiff's motion to certify. The defendant respectfully submits that this Court should first resolve the pending motions regarding whether it has jurisdiction to consider the claims set forth in the complaint before it takes further action in this case.

WHEREFORE, the defendant requests that the Court enlarge the deadline for the defendant to file its response to the plaintiff's motion for certification until 15 days after the Court issues its decision on the defendant's pending motion to dismiss.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief
Court of Federal Claims Section

s/David Gustafson

Of Counsel

April 27, 2006