**UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LINDA ROSENBERG,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) CASE NO.: 05-1272-T<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>OPPOSITION TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME</u>**

Plaintiff, Linda Rosenberg, opposes the defendant's motion for enlargement of the deadline to respond to plaintiff's motion to certify this matter as a class action. In essence, the motion is a request to stay the class certification motion until the motion to dismiss is adjudicated. This potential delay of months at odds with the requirement of an "early" determination of class issues.

R.C.F.C. 23 (c) (1) (A) provides:

> When a person sues or is sued as a representative of a class, the Court must - at an early practicable time - determine by order whether to certify the action as a class action.

Defendant asserts that resolution of the jurisdictional issue, which is the basis for its motion to dismiss the complaint "is also central to the resolution of the plaintiff's motion to certify". (Defendant's Motion for Enlargement of Time, pg. 2.) That underscores the desirability of deciding both motions promptly, possibly even together. If the defendant's primary ground for opposing class

certification is the jurisdiction issue, there is no reason to delay the briefing on the certification issue for months. Indeed, that briefing is already completed. No other obstacle to class certification is suggested in the defendant's motion, and none is apparent to plaintiff. Delay serves no purpose.

There is simply no reason as to why this action should not proceed on both tracks. Otherwise a finding in favor of plaintiff on the defendant's motion to dismiss will result in an unnecessary and unreasonable delay in resolution of plaintiff's motion for class certification.

In *Horn v. Associated Wholesale Grocers, Inc.* (10th Cir. 1977) 555 F.2d 270, the Court stated:

> Rule 23 (c) (1), it is true, does not exact hard and fast timing, but the words "as soon as practicable after the commencement of the action" are not to be ignored. Even though, then, timing for the class determination can differ depending upon the circumstances of the case...the language of the Rule calls for as an early a determination as the circumstances permit.

At pg. 274.

Significantly, in *Rutan v. Republican Party of Illinois* 868 F.2d 943, 947 (7th Cir. 1989) (*in banc*), reversed on other grounds, 497 U.S. 62 (1990), the Court was critical of the District Court's failure to consider whether plaintiff could properly bring the action as a class action before dismissing the complaint under Fed. Rule Civ. P. 12 (b)(6) as a violation of the Rule requiring the Court to address the issue of class certification "as soon as practicable". The *Rutan* court also noted that the District Court' failure to address the class action issue meant that only the named plaintiffs were before the Court. See also, *Koch v. Stanard* (7th Cir. 1992) 962 F.2d 605 [the court must decide promptly whether the case should proceed as a representative action, without regard to the virtues of plaintiffs' legal theory].

Here, there is no reason to delay the hearing on plaintiff's class certification motion and plaintiff respectfully requests the Court to deny the defendant's motion for enlargement of time.

Respectfully submitted,

/s/

R. GAYLORD SMITH
Attorney of Record (*motion pending*)
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
550 West "C" Street, 8th Floor
San Diego, CA 92101
Tel: (619) 233-1006
Fax: (619) 233-8627

Sheldon H. Sloan (CA Bar #32334)
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101
Phone: (619) 233-1006
Fax: (619) 233-8627
E-mail: sloan@lbbslaw.com

Richard F. Scruggs (MS Bar # 6582)
Sidney A. Backstrom (MS Bar # 99890)
Scruggs Law Firm, P.A.
P.O. Box 1136
120A Courthouse Square
Oxford, MS 38655
Tel: (662) 281 1212
Fax: (662) 281 1312
Email: dickscruggs@scruggsfirm.com
Email: sbackstrom@scruggsfirm.com

Mark Griffin (OH Bar #0064141)
Law Offices of Mark Griffin
175 Honeybelle Oval
Orange, Ohio 44022
Phone : (216) 346-7376
Fax : (216) 861-6679
E-mail : telecomlaw@hotmail.com

Randy J. Hart (OH Bar #0046793)
200 Public Square
Suite 3300
Cleveland, Ohio 44113
Phone: (216) 978-9150
Fax: (216) 241-2824
E-mail: csuosu@msn.com

R. Eric Kennedy, Esq. (OH Bar #0006174)
Daniel P. Goetz, Esq. (OH Bar #0065549)
Weisman, Kennedy & Berris Co., L.P.A
1600 Midland Building
101 Prospect Avenue, West
Cleveland, Ohio 44115
Tel: (216) 781-1111
Fax: (216) 781-6747
Email: ekennedy@weismanlaw.com
Email: dgoetz@weismanlaw.com

***Attorneys for Plaintiff***