IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiff

v.

UNITED STATES,

Defendant

STATUS REPORT AND NOTICE OF CHANGE OF POSITION

The United States is providing this status report to give notice of a change in its litigation position in this case.

If the plaintiff is able to establish the Court's jurisdiction over her claims and those of the purported class, an issue in this action would be whether certain long distance telephone service is subject to the federal communications excise tax under 26 U.S.C. § 4251. In accordance with Notice 2006-50 issued by the Department of Treasury and the Internal Revenue Service on May 25, 2006, the United States advises the plaintiffs and this Court that the United States' position in the litigation with respect to that issue would reflect the determination that the excise tax does not apply to long distance telephone service to the extent described in the attached Notice.

If the issue addressed in Notice 2006-50 is reached in this case, the Government's

position will apply only to the named plaintiffs in this suit. With respect to the proposed class members in this action, for the reasons set forth in our pending motion to dismiss and to be set forth in the defendant's opposition to the motion for class certification, resolving their potential overpayments in this case is not possible or warranted. The Notice, however, establishes a procedure that potential class members can use. Under the Notice's procedure, taxpayers may claim credits or refunds of excise tax simply by making an election on their 2006 federal income tax returns and following other simple requirements.[1] Accordingly, there is no need to pursue the costly, cumbersome, and flawed class action proposed by plaintiff. In the event the plaintiff does not agree to withdraw the request for class certification under these changed circumstances, we continue to assert a class is not proper for the reasons stated in our motion to dismiss and to be set forth in our opposition to class certification. We are evaluating all of the bases to dismiss the case in our motion, and will advise the plaintiffs and the Court if any need to be modified based

[1] Individual taxpayers will be able to claim a safe-harbor amount (which amount will be announced by July 31, 2006) with respect to the amounts of excise tax they have paid, or, if they can substantiate a greater amount, they will be able to claim the actual amount of tax they have paid.

on Notice 2005-60.

Respectfully submitted,

s/Benjamin C. King, Jr.

BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/Steven I. Frahm
Of Counsel

May 25, 2006