IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

LINDA ROSENBERG,

Plaintiff

v.

UNITED STATES,

Defendant

NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2(a), the defendant hereby notifies the Court of a case directly related to the above-captioned case, which was recently filed in the United States District Court for the Central District of California, by the same counsel representing the plaintiff in this case. On June 5, 2006, counsel for the plaintiffs in this case filed a class action complaint in the United States District Court for the Central District of California, styled *Oscar and Rosalva Gurrola v. United States*, No. 06-3425-PA. A copy of that complaint is attached.

The class of individuals that the complaint in *Gurrola* asserts it represents is the same as the class of individuals that the complaint in the above-captioned case asserts it represents. Further, the complaint in *Gurrola* sets forth the same claim as that set forth in the complaint in this case: that taxpayers who paid the telecommunications tax set forth in 26 U.S.C. § 4251, with

respect to long distance calls for which the charge for the call was based solely on the duration of the call, are entitled to a refund of that tax. Pursuant to RCFC 40.2(a)(1)(A), the *Gurrola* case is directly related to this case.

Respectfully submitted,

s/Benjamin C. King, Jr.
BENJAMIN C. KING, JR.
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6506

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Acting Chief

s/Steven I. Frahm
Of Counsel

June 8, 2006