# In the United States Court of Federal Claims

**No. 05-1272 T**

**LINDA ROSENBERG,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Memorandum Opinion and Final Order, filed August 3, 2006, granting the Government's Motion to Dismiss, without prejudice, and denying plaintiff's Motion for Summary Judgment and the Government's Motion to strike as moot,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**August 4, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.