#06-5342

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 05-1272 T

(Judge Susan G. Braden)

FILED
AUG 28 2006
U.S. COURT OF FEDERAL CLAIMS

LINDA ROSENBERG,

Plaintiff

v.

UNITED STATES,

Defendant

NOTICE OF APPEAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN that plaintiff, LINDA ROSENBERG hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order dated August 3, 2006, and from the judgment dismissing plaintiff's complaint entered in this action on August 4, 2006.

Respectfully submitted,

SHELDON SLOAN
R. GAYLORD SMITH
Attorney of Record
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
550 West "C" Street, Suite 800
San Diego, CA 92101
(619) 233-1006