NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-5123

LINDA ROSENBERG,

Plaintiff-Appellant

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 8 2007

JAN HORBALY
CLERK

*ON APPEAL from the* United States Court of Federal Claims

*in CASE NO(S).* 05-CV-1272

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: [signature] Date: 8/1/07

AFFIRMED. See Fed. Cir. R. 36.

Per Curiam (MICHEL, Chief Judge, MAYER and GAJARSA, Circuit Judges).

*ENTERED BY ORDER OF THE COURT*

*DATED* MAY - 8 2007

[signature]
*Jan Horbaly, Clerk*

**Issued as Mandate:** AUG - 1 2007

**COSTS:**

**Printing**.................................. $ 74.88

**Total**.......................... $ 74.88

RECEIVED
MAY 21 2007
United States Court of Appeals
For The Federal Circuit

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment.)

Docket No(s): 2006-5123 Caption: Linda Rosenberg v. The United States

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAY 21 2007
JAN HORBALY
CLERK

The Clerk is requested to tax the following costs against: Appellant

| ITEM | Number of copies | Number of pages | Actual cost | Allowable cost | Total billed | Total taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxxx | xxxxxx | | | | |
| Table of Designated Materials (original) | xxxxxx | | | 6.00 | | |
| Table of Compilation of Designated Materials (copying and collating) | xxxxxx | | | 0.08 | | |
| Brief (original) | xxxxxx | | | 6.00 | | |
| Brief (cover and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Brief (copying and collating) | 16 | 1,248 | $.06 | 0.08 | $74.88 | #74.88 |
| Appendix (original-table of contents) | xxxxxx | | | 6.00 | | |
| Appendix (covers and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Appendix (copying and collating) | xxxxxx | | | 0.08 | | |
| Reply Brief (original) | xxxxxx | | | 6.00 | | |
| Reply Brief (covers and binding) | xxxxxx | xxxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | xxxxxx | | | 0.08 | | |
| Other (describe): | | | | | | |
| GRAND TOTALS | | 1,248 | .06 | .08 | $74.88 | #74.88 |

vjs 8/1/07

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Valerie Oh Date: 8/1/07

City/County of Washington ) District/State of Columbia ) SS

I, John A. Nolet, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Itemized statements of the costs incurred or invoices are attached. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: May 18, 2007 Attorney for: United States

MEMORANDUM

| Subject: | Date: |
| --- | --- |
| Cost of Duplicating the Brief for the United States | May 18, 2007 |
| From: | To: |
| Joseph E. Young<br>Executive Officer | Eileen J. O'Connor<br>Assistant Attorney General<br>Tax Division |

This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 6 cents per page. Consequently, I certify that the cost of duplicating sixteen copies of the Brief for the United States in Linda Rosenberg v. United States, No. 2006-5123, filed in the United States Court of Appeals for the Federal Circuit is as follows:

Brief for The United States:

1,248 sheets duplicated at $.06 per copy = $74.88

Total: $74.88

IN THE UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| LINDA ROSENBERG,<br>Plaintiff-Appellant,<br>v.<br>UNITED STATES,<br>Defendant-Appellee. | ) | No. 2006-5123 |

DECLARATION

JOHN A. NOLET, counsel for the appellee, the United States, states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the Untied States, its agency, or officer will be assessed under Rule 39(a)only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to a prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action." Under 29 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity I have knowledge of the cost of duplicating the appellee's brief, filed and served in the United States Court of Appeals for the Federal Circuit in the above-entitled case. The total cost of duplicating said item was $74.88 as shown by the attached copy of the printer's bill, dated May 18, 2007, and the total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct. Executed this 18th day of May, 2007, at Washington D.C.

JOHN A. NOLET
*Attorney*

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing bill of costs has been made on counsel for the appellant on this 18th day of May, 2007, by mailing a copy thereof, via FedEx, properly addressed to him as follows:

Sheldon H. Sloan. Esq.
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101

JOHN A. NOLET
*Attorney*

U.S. Department of Justice

Tax Division

*Please reply to:* *Appellate Section*
*P.O. Box 502*
*Washington, D.C. 20044*

*Facsimile No. (202) 514-8456*
*Telephone No. (202) 514-3361*

JANolet:cs
154-2398
2006101215

May 18, 2007

RECEIVED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 21 2007

JAN HORBALY
CLERK

VIA FEDEX

Jan Horbaly, Esquire
Clerk, U.S. Court of Appeals
for the Federal Circuit
National Courts Building
717 Madison Place, N.W.
Washington, D.C. 20439

Re: Linda Rosenberg v. United States
(Fed. Cir. - No. 2006-5123)

Dear Mr. Horbaly:

In accordance with the May 8, 2007 opinion of your Court in the above-entitled case, we enclose herewith a verified bill of costs in the amount of $74.88 accompanied by a copy of the printer's bill, together with a supporting declaration. A copy of this letter and a copy of the foregoing documents are being mailed this day, by FedEx, to counsel for the appellant. We are also enclosing an appearance form entering my appearance as co-counsel on behalf of the appellee. (Please note I am *not* replacing existing lead counsel in this case).

You are hereby requested to cause this bill of costs to be taxed as costs in your Court. This case is currently assigned to Ellen P. DelSole of this office, who may be reached at (202) 514-8128. Any questions regarding this

letter should be directed to Carol Silverberg of this office, who may be reached at (202) 514-5327.

Sincerely yours,

JOHN A. NOLET
*Attorney*
Appellate Section

Enclosures

cc: Sheldon H. Sloan, Esq.
Lewis Brisbois Bisgaard & Smith
550 West C Street, 8th Floor
San Diego, CA 92101